INGERSOLL–RAND COMPANY v. ARMAND CIAVATTA.

June 9, 1987.

Petition for certification granted. (See 216 *N.J.Super.* 667)

PHYLLIS GIGLIO v. EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF NEWARK.

June 9, 1987.

Petition for certification denied.

ALI EL TAYEB v. PHILIP A. SHAVER.

June 9, 1987.

Petition for certification denied.

TOWNSHIP OF PEMBERTON v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

June 9, 1987.

Petition for certification denied.